O

# United States District Court
# Central District of California

| | |
|---|---|
| CURTIS L. CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL FINANCIAL;<br>PRUDENTIAL FINANCIAL, INC.,<br><br>　　　　　Defendants. | Case № 2:16-cv-04214-ODW (AFM)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT [12]** |

On August 24, 2016, Plaintiff Curtis L. Clark filed a "Motion for Settlement," wherein he appears to simply restate the allegations he made in his Complaint, and does not appear to request any relief. (ECF No. 12.) Although the Court is required to liberally construe pro se filings, the Court cannot discern what Plaintiff is asking the Court to do. As a result, the Court **DENIES** the Motion without prejudice. (ECF No. 12.) If Plaintiff refiles this Motion, Plaintiff should: (1) clearly indicate the relief that he is asking the Court to grant, (2) include citations to the appropriate case law or statutes that entitle Plaintiff to the relief he requests, and (3) a short statement of the reasons why he is entitled to that relief. *See* C.D. Cal. Local Rule 7-5(a). Plaintiff should also set a hearing date for the Motion. *See* C.D. Cal. Local Rule 6-1.

/ / /

/ / /

Finally, the Court advises Plaintiff that a Federal **Pro Se Clinic** is located in the United States Courthouse at 312 N. Spring Street, Room 525, Fifth Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays, Wednesdays, and Fridays from 9:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. The Federal **Pro Se Clinic** offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions. For more information, Defendants may visit http://www.cacd.uscourts.gov/ and follow the link for "**Pro Se Clinic**—Los Angeles" or contact Public Counsel at 213–385–2977, extension 270. Plaintiff is encouraged to visit the clinic, or seek the advice of an attorney, as this case proceeds.

**IT IS SO ORDERED.**

August 25, 2016

_____
            **OTIS D. WRIGHT, II**
         **UNITED STATES DISTRICT JUDGE**