**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| CURTIS L. CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>PRUDENTIAL FINANCIAL;<br>PRUDENTIAL FINANCIAL, INC.,<br><br>    Defendants. | Case № 2:16-cv-04214-ODW(AFM)<br><br>**JUDGMENT** |

On June 13, 2016, Plaintiff Curtis L. Clark filed a Complaint against Defendants Prudential Financial and Prudential Financial, Inc. (collectively "Defendants"). (ECF No. 1.) On January 11, 2017, the Court granted Defendants' Motion to Dismiss without leave to amend. (ECF No. 41.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Curtis L. Clark shall recover nothing from Defendants, and his claims against Defendants are dismissed on the merits and with prejudice;

2. Defendants shall recover their costs from Plaintiff as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

January 11, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2